

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2015

No. 04-14-00569-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERY, INC.,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Appellee has filed a motion to dismiss for want of jurisdiction. In the motion, appellee contends the current appeal is duplicative of an appeal previously dismissed by this court and in which our mandate has issued, depriving us of jurisdiction. We disagree. The record establishes that the first notice of appeal, filed May 1, 2014, and docketed in this court as appeal number 04-14-00319-CV, was an attempted appeal by appellant from an interlocutory order signed by the trial court on April 11, 2014, dealing with disbursement of funds in the court's registry. This court never determined the propriety of this attempted interlocutory appeal because appellant moved to dismiss the appeal, asserting the appeal was moot as appellee had allegedly retrieved the funds from the court registry. It would distort the record for this court to find the first notice of appeal was merely "premature" and later merged into the June 11, 2014 judgment as claimed by appellee. Rather, it appears appellant genuinely attempted to appeal from the April 11, 2014 order – the propriety of such an appeal notwithstanding. The second notice of appeal, docketed by this court as 04-14-00569-CV, was ultimately determined to be from the June 11, 2014 final judgment. Thus, the appeals are not duplicative, i.e., the appeals are not two appeals from the same judgment. Accordingly, we find we have jurisdiction over the second appeal, appeal number 04-14-00569-CV. We therefore **DENY** appellee's motion to dismiss for want of jurisdiction. We further **ORDER** the stay previously rendered by this court lifted and the briefing deadlines reinstated. We **ORDER** appellant to file his brief in this court on or before February 9, 2015. Appellee's brief will be due thirty days after the date appellant's brief is filed.

We **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court